Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KSH, INC, c/o HASMUKH B. TANNA, Registered Agent.

was received by me on *(date)* August 31, 2026

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Hadenya, the wife of Hasmukh B. Tanna*, who is designated by law to accept service of process on behalf of *(name of organization)* KSH, INC. on *(date)* September 17, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: September 20, 2023

_____
Server's signature

* who stated she could accept service of process.

FRANK Swindle, Process Server
Printed name and title

4002 Hwy. 78, West, Ste. 530-251
Snellville, GA 30039
Server's address

Additional information regarding attempted service, etc: