IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER CORDERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:23-cv-03471-MHC |
| KSH, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT

This is to certify that I have this day served a true and correct copy of Plaintiff's Rule 26(a)(1) Initial Disclosure Statement and relevant attachments upon the following counsel of record via electronic mail:

Ian E. Smith, Esq.
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
ian@spirelawfirm.com

Dated: January 4, 2024.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240

The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

This is to certify that on January 4, 2024, I electronically filed the foregoing Certificate of Service of Plaintiff's Rule 26(a)(1) Initial Disclosure Statement with the Clerk of Court using the Court's CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy to be delivered to the following counsel of record via electronic mail:

Ian Smith, Esq.
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
ian@spirelawfirm.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a pint size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich